# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| NATHAN KINSEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:11-cv-00329-DW |
| | ) | |
| vs. | ) | Judge Dean Whipple |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, NATHAN KINSEY, my and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 29, 2011 /s/ Adam C. Maxwell
_____
Adam C. Maxwell
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
e-mail: amaxwell@consumerlawcenter.com