# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NATHAN KINSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 4:11-cv-00329-DW |

## NOTICE OF VOLUNTARY DISMISSAL

NATHAN KINSEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

DATED: June 17, 2011               RESPECTFULLY SUBMITTED,

By:    /s/ Adam Maxwell
       Adam Maxwell,
       Attorney for Plaintiff
       Krohn & Moss, Ltd
       120 w. Madison St., 10th Flr.
       Chicago, IL 60602

VOLUNTARY DISMISSAL