IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NATHAN KINSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-00329-CV-W-DW |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court DISMISSES the above-styled action *with prejudice*. The Clerk of the Court is directed to mark this action as closed.

SO ORDERED.

Date:   June 22, 2011                                  /s/ Dean Whipple
                                                          Dean Whipple
                                                   United States District Judge